# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: ELSNER, CHARLES R | § | Case No. 12-09296 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 09, 2012. The undersigned trustee was appointed on March 09, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         97,500.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 27,051.34 |
| Administrative expenses | 40,964.27 |
| Bank service fees | 281.82 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 14,202.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/10/2012 and the deadline for filing governmental claims was 09/10/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,375.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,375.00, for a total compensation of $7,375.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/23/2015          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

---

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-09296  
**Case Name:** ELSNER, CHARLES R

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 03/09/12 (f)  
**§341(a) Meeting Date:** 04/23/12

**Period Ending:** 10/23/15  
**Claims Bar Date:** 09/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate - 403 E. Victoria Circle, North Auro | 132,322.00 | 0.00 | | 0.00 | FA |
| 2 | Real estate - 540 Florida Club Blvd Apt. 301 | 90,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2 vacant lots Crawford Cty, WI | Unknown | 8,000.00 | | 12,500.00 | FA |
| 4 | VOID  (u) | Unknown | 0.00 | | 0.00 | FA |
| 5 | checking account - Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6 | annuity - Office of personell management | Unknown | 0.00 | | 0.00 | FA |
| 7 | IRA - American Equity Investment | 71,797.00 | 0.00 | | 0.00 | FA |
| 8 | Personal injury claim | 35,000.00 | 8,334.00 | | 85,000.00 | FA |
| 9 | 2000 Dodge truck | 2,400.00 | 0.00 | | 0.00 | FA |
| 10 | social security benefits | Unknown | 0.00 | | 0.00 | FA |
| 10 | **Assets**   Totals (Excluding unknown values) | **$331,619.00** | **$16,334.00** | | **$97,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Special Counsel employed to litigate personal injury claim.  Litigation continues.

**Initial Projected Date Of Final Report (TFR):**     February 15, 2014          **Current Projected Date Of Final Report (TFR):**     September 15, 2015

Printed: 10/23/2015 01:43 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-09296  
**Case Name:** ELSNER, CHARLES R  
**Taxpayer ID #:** **-***7975  
**Period Ending:** 10/23/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** UNKNOWN BANK  
**Account:** ********47 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | real estate broker fees | -1,500.00 | 3510-000 | | | 0.00 |
| | | | real estate taxes | -4,070.17 | 2820-000 | | | 0.00 |
| | | | misc closing expenses | -2,724.38 | 2500-000 | | | 0.00 |
| | {3} | | gross proceeds | 12,500.00 | 1110-000 | | | 0.00 |
| 01/07/13 | | THE TITLE COMPANY, INC. | Gross Sales of RE | | | 4,205.45 | | 4,205.45 |
| 03/31/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 10.00 | 4,195.45 |
| 05/31/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 10.00 | 4,185.45 |
| 06/01/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 10.00 | 4,175.45 |
| 06/30/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 10.00 | 4,165.45 |
| 07/31/13 | | CB | Bank service fee | | 2600-000 | | 10.00 | 4,155.45 |
| 08/31/13 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,145.45 |
| 09/30/13 | | BNK, CONG | bank service fee | | 2600-000 | | 10.00 | 4,135.45 |
| 10/31/13 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,125.45 |
| 12/01/13 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,115.45 |
| 12/31/13 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,105.45 |
| 01/31/14 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,095.45 |
| 02/28/14 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,085.45 |
| 03/11/14 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,075.45 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | | 9999-000 | | 4,075.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 4,205.45 | 4,205.45 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 4,075.45 | |
| | | | **Subtotal** | | | 4,205.45 | 130.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$4,205.45** | **$130.00** | |

{} Asset reference(s)

Printed: 10/23/2015 01:43 PM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-09296  
**Case Name:** ELSNER, CHARLES R  
**Taxpayer ID #:** **-***7975  
**Period Ending:** 10/23/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********41 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,075.45 | | 4,075.45 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,065.45 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,055.45 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,045.45 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,035.45 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,025.45 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,015.45 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,005.45 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,995.45 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,985.45 |
| 12/23/14 | 3001 | ASSOCIATED BANK | | 9999-000 | | 3,985.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,075.45 | 4,075.45 | $0.00 |
| | | | Less: Bank Transfers | | 4,075.45 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,075.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $4,075.45 | |

{} Asset reference(s) Printed: 10/23/2015 01:43 PM V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-09296 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | ELSNER, CHARLES R | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********26 - CHECKING ACCOUNT |
| Taxpayer ID #: | **-***7975 | | Blanket Bond: | N/A |
| Period Ending: | 10/23/15 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 3,985.45 | | 3,985.45 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,975.45 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,965.45 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,955.45 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,945.45 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 3,945.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,985.45** | **3,985.45** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 3,945.45 | |
| | | | **Subtotal** | | **3,985.45** | **40.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,985.45** | **$40.00** | |

{} Asset reference(s)

Printed: 10/23/2015 01:43 PM   V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-09296  
**Case Name:** ELSNER, CHARLES R  
**Taxpayer ID #:** **-***7975  
**Period Ending:** 10/23/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****965166 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 3,945.45 | | 3,945.45 |
| 07/27/15 | {8} | Farmers Insurance Exchange | Settlement Payment | 1142-000 | 85,000.00 | | 88,945.45 |
| 08/11/15 | 30101 | The Hollingsworth Law Firm | | 3210-600 | | 24,420.68 | 64,524.77 |
| 08/11/15 | 30102 | The Hollingsworth Law Firm | | 3220-610 | | 8,249.04 | 56,275.73 |
| 08/11/15 | 30103 | OAD Orthopaedics, LTD | | 4220-000 | | 3,163.00 | 53,112.73 |
| 08/11/15 | 30104 | Medicare | | 4220-000 | | 10,245.84 | 42,866.89 |
| 08/11/15 | 30105 | Packer Engineering | | 4220-000 | | 13,642.50 | 29,224.39 |
| 08/11/15 | 30106 | Charles Elsner | | 8100-002 | | 15,000.00 | 14,224.39 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.82 | 14,202.57 |
| | | | **ACCOUNT TOTALS** | | 88,945.45 | 74,742.88 | **$14,202.57** |
| | | | Less: Bank Transfers | | 3,945.45 | 0.00 | |
| | | | **Subtotal** | | 85,000.00 | 74,742.88 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$85,000.00** | **$59,742.88** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********47** | 4,205.45 | 130.00 | 0.00 |
| **Checking # ********41** | 0.00 | 4,075.45 | 0.00 |
| **Checking # ********26** | 3,985.45 | 40.00 | 0.00 |
| **Checking # ****965166** | 85,000.00 | 59,742.88 | 14,202.57 |
| | $93,190.90 | $63,988.33 | $14,202.57 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 10, 2012

**Case Number:** 12-09296  
**Debtor Name:** ELSNER, CHARLES R

Page: 1

**Date:** October 23, 2015  
**Time:** 01:43:16 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $7,375.00 | $0.00 | 7,375.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $3,035.50 | $0.00 | 3,035.50 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $155.52 | $0.00 | 155.52 |
| 200 | The Hollingsworth Law Firm<br>Dewey Hollingsworth<br>1700 N. Farnsworth Ave., Ste 27<br>Aurora, IL 6050 | Admin Ch. 7 | | $24,420.68 | $24,420.68 | 0.00 |
| 200 | The Hollingsworth Law Firm<br>Dewey Hollingsworth<br>1700 N. Farnsworth Ave., Ste 27<br>Aurora, IL 6050 | Admin Ch. 7 | | $8,249.04 | $8,249.04 | 0.00 |
| EXPWIT 100 | Packer Engineering<br>3108 State RTE 59<br>Suite 124-126<br>Naperville, IL 60565 | Secured | Order approving payment entered 7/10/15 | $13,642.50 | $13,642.50 | 0.00 |
| MEDLIEN 100 | OAD Orthopaedics, LTD<br>27650 Ferry Road<br>Warrenville, IL 60555 | Secured | Medical Lien; Order approving payment entered 7/10/15 | $3,163.00 | $3,163.00 | 0.00 |
| MEDLIEN 100 | Medicare<br>US Dept of Health and Human Services<br>233 N. Michigan Avenue, Ste 700<br>Chicago, IL 60601 | Secured | c/o Attorney Jennifer Sarna<br>Medical Lien; Order approving payment entered 7/10/15 | $10,245.84 | $10,245.84 | 0.00 |
| EXEMPTIO 100 | Charles Elsner<br>C/O Dewey Hollingsworth<br>1700 Farnsworth Ave., Ste. 27<br>Aurora, IL 60505 | Secured | | $15,000.00 | $15,000.00 | 0.00 |
| 1 610 | MIDLAND FUNDING LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | (1-1) Modified to correct creditor's name (Modified on 6/13/2012)<br>Target Card acct # 9006 | $6,342.26 | $0.00 | 6,342.26 |
| 2 610 | MIDLAND FUNDING LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | Citibank card; acct# 5930 | $2,005.37 | $0.00 | 2,005.37 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 10, 2012

**Case Number:** 12-09296
**Debtor Name:** ELSNER, CHARLES R

Page: 2

**Date:** October 23, 2015
**Time:** 01:43:16 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 610 | MIDLAND FUNDING LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | Citibank USA; acct # 0841 | $4,935.13 | $0.00 | 4,935.13 |
| 4 610 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14,218.34 | $0.00 | 14,218.34 |
| 5 610 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | (5-1) GAP VISA CARD or GEMB | $1,422.71 | $0.00 | 1,422.71 |
| 6 610 | EARTHMOVER CREDIT UNION<br>c/o Steven D Titiner<br>1700 N Farnsworth Ave<br>Aurora, IL 60505 | Unsecured | | $8,136.85 | $0.00 | 8,136.85 |
| 7 610 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB<br>Care Credit<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | Acct# 5937 | $1,256.78 | $0.00 | 1,256.78 |
| 8 610 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Paypal acct | $531.12 | $0.00 | 531.12 |
| 9 610 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Lowes | $1,368.57 | $0.00 | 1,368.57 |
| 10 610 | CAPITAL ONE, N.A.<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Kohls acct #0261 | $1,163.40 | $0.00 | 1,163.40 |
| << Totals >> | | | | 126,667.61 | 74,721.06 | 51,946.55 |

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 12-09296
Case Name: ELSNER, CHARLES R
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 14,202.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| EXPWIT | Packer Engineering | 13,642.50 | 13,642.50 | 13,642.50 | 0.00 |
| MEDLIEN | OAD Orthopaedics, LTD | 3,163.00 | 3,163.00 | 3,163.00 | 0.00 |
| MEDLIEN | Medicare | 10,245.84 | 10,245.84 | 10,245.84 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 14,202.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 7,375.00 | 0.00 | 7,375.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 3,035.50 | 0.00 | 3,035.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 155.52 | 0.00 | 155.52 |
| Other Fees: The Hollingsworth Law Firm | 24,420.68 | 24,420.68 | 0.00 |
| Other Expenses: The Hollingsworth Law Firm | 8,249.04 | 8,249.04 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $ 10,566.02
Remaining balance:  $ 3,636.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 3,636.55

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,636.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,380.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDLAND FUNDING LLC | 6,342.26 | 0.00 | 557.36 |
| 2 | MIDLAND FUNDING LLC | 2,005.37 | 0.00 | 176.23 |
| 3 | MIDLAND FUNDING LLC | 4,935.13 | 0.00 | 433.70 |
| 4 | DISCOVER BANK | 14,218.34 | 0.00 | 1,249.52 |
| 5 | GE CAPITAL RETAIL BANK | 1,422.71 | 0.00 | 125.03 |
| 6 | EARTHMOVER CREDIT UNION | 8,136.85 | 0.00 | 715.07 |
| 7 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB | 1,256.78 | 0.00 | 110.45 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 531.12 | 0.00 | 46.68 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,368.57 | 0.00 | 120.27 |
| 10 | CAPITAL ONE, N.A. | 1,163.40 | 0.00 | 102.24 |

Total to be paid for timely general unsecured claims: $ 3,636.55
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**