# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ELSNER, CHARLES R | § Case No. 12-09296 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/04/2015 in Courtroom 240, United States Courthouse, Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / /                    By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ELSNER, CHARLES R § Case No. 12-09296
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 97,500.00 |
| *and approved disbursements of* | $ 83,297.43 |
| *leaving a balance on hand of* [1] | $ 14,202.57 |
| **Balance on hand:** | $ 14,202.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| EXPWIT | Packer Engineering | 13,642.50 | 13,642.50 | 13,642.50 | 0.00 |
| MEDLIEN | OAD Orthopaedics, LTD | 3,163.00 | 3,163.00 | 3,163.00 | 0.00 |
| MEDLIEN | Medicare | 10,245.84 | 10,245.84 | 10,245.84 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,202.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 7,375.00 | 0.00 | 7,375.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 3,035.50 | 0.00 | 3,035.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 155.52 | 0.00 | 155.52 |
| Other Fees: The Hollingsworth Law Firm | 24,420.68 | 24,420.68 | 0.00 |
| Other Expenses: The Hollingsworth Law Firm | 8,249.04 | 8,249.04 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,566.02 |
| Remaining balance: | $ 3,636.55 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,636.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,636.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,380.53 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDLAND FUNDING LLC | 6,342.26 | 0.00 | 557.36 |
| 2 | MIDLAND FUNDING LLC | 2,005.37 | 0.00 | 176.23 |
| 3 | MIDLAND FUNDING LLC | 4,935.13 | 0.00 | 433.70 |
| 4 | DISCOVER BANK | 14,218.34 | 0.00 | 1,249.52 |
| 5 | GE CAPITAL RETAIL BANK | 1,422.71 | 0.00 | 125.03 |
| 6 | EARTHMOVER CREDIT UNION | 8,136.85 | 0.00 | 715.07 |
| 7 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB | 1,256.78 | 0.00 | 110.45 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 531.12 | 0.00 | 46.68 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, | 1,368.57 | 0.00 | 120.27 |

**UST Form 101-7-NFR (10/1/2010)**

| | LLC | | | |
|---|---|---|---|---|
| 10 | CAPITAL ONE, N.A. | 1,163.40 | 0.00 | 102.24 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 3,636.55 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-09296-DRC
Charles R Elsner                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: bchavez              Page 1 of 3                Date Rcvd: Nov 10, 2015
                               Form ID: pdf006            Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2015.
```
db              +Charles R Elsner,    403 E. Victoria Circle,    North Aurora, IL 60542-5107
18595807         ARM,    PO Box 129,    Thorofare, NJ 08086-0129
18595802        +Abn Amro Mortgage Grou,    Po Box 9438,    Gaithersburg, MD 20898-9438
18595803         Accelerated Rehab Centers LTD,     2396 Momentum Place,    Chicago, IL 60689-5323
18595804         Accelerated Rehabilitation Centers,     2396 Momentum Place,    Chicago, IL 60689-5323
18595805        +Alliance Physical Therapy PC,    1879 Bay Scott Circle,    Ste 105,    Naperville, IL 60540-1109
18595806         Allied Interstate (GEMB/Lowe's),    PO Box 1962,    Southgate, MI 48195-0962
18595809        +Aurora Earthmovers C,    Po Box 2937,    Aurora, IL 60507-2937
18595810        +Banfield Pet Hospital,    1512 S. Randall Rd,    Geneva, IL 60134-4612
18595812         Big Timber Ridge Landowners Assoc,     Po Box 247,    Seneca, WI 54654-0247
18595813         Blatt Hasenmiller,    125 South Wacker Dr. Ste. 400,     Chicago, IL 60606-4440
23264729        +C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
18595814         CAC Financial CORP,    2601 NW Expressway,    Ste 1000 East,    Oklahoma City, OK 73112-7236
18595816         CBCS,    PO Box 69,    Columbus, OH 43216
18595820        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,     Attn.: Centralized Bankruptcy,    Po Box 20507,
                   Kansas City, MO 64195)
23171166        +CITIMORTGAGE, INC.,    c/o Codilis and Associates, P.C.,     15W030 North Frontage Road, Suite 100,
                   Burr Ridge, IL 60527-6921
19373037         Capital One, N.A.,    c o Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                   Malvern, PA 19355-0701
18595815        +Card Service Center,    PO Box 6276,    Sioux Falls, SD 57117-6276
18595817         Central DuPage Hospital,    25 N. Winfield Rd,    Winfield, IL 60190-1295
18595818         Central DuPage Physicians Group,    Po Box 479,    Winfield, IL 60190-0479
18595819        +Chase - Tjx Companie,    Po Box 15298,    Wilmington, DE 19850-5298
23264728        +CitiMortgage, Inc.,    Pierce & Associates PC,    1 North Dearborn, Suite 1300,
                   Chicago, Illinois 60602-4373
18595821        +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
18595823        +Crawford County Treasurer,    225 N Beaumont Rd,    #211,    Prairie Du Chien, WI 53821-1445
18595824        +Credit Card Services,    Po Box 6198,    Sioux Falls, SD 57117-6198
18595825        +Dewey G. Hollingsworth,    1700 N Farnsworth Ave. Ste 27,     Aurora, IL 60505-1187
18595828        +Dr. James E. Wilson SC,    101 E 75th St.,    Ste 110,    Naperville, IL 60565-1411
18595829         DuPage Internal Medicine LTD,    517 Thornhill,    Union, IL 60180
18595830        +DuPage Medical Group,    1860 Payshpere Circle,    Chicago, IL 60674-0018
18595831         DuPage Medical Group LTD,    15921 Collections Center Dr.,     Chicago, IL 60693-0159
18595833        +Earthmover Credit Union,    c/o Steven D Titiner,    1700 N Farnsworth Ave,
                   Aurora, IL 60505-1523
18595834         Encore Receivable Management,    PO Box 3330,    Olathe, KS 66063-3330
18595837        +FMA Alliance Ltd,    11811 North Freeway Ste 900,    Houston, TX 77060-3292
18595838        +FMS INC,    4915 South Union Ave,    Tulsa, OK 74107-7839
18595835        +Florida Club, A Condo,    500 Florida Club Blvd,    Saint Augustine, FL 32084-1804
18595836        +Florida Rehab Services,    PO Box 02-5125,    Miami, FL 33102
18595839        +GE Capital Financial Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
18595843        +Gemb/Care Credit Attn BK,    Po Box 103106,    Roswell, GA 30076-9106
18595846         Home Depot Credit Services,    PO Box 653000,    Dallas, TX 75265-3000
18595847        +Household Mortgage Services,    Po Box 9068,    Brandon, FL 33509-9068
18595848        +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
18595850         Law Offices of David J. Stern, P.A.,     900 South Pine Island Road,    Ste 400,
                   Fort Lauderdale, FL 33324-3920
18595854         MSPRC-NGHP,    PO Box 1388832,    Oklahoma City, OK 73113
18595852        +McCabe & Vaughn,    1001 Kings Ave,    Ste 201,    Jacksonville, FL 32207-8356
18595859         NWP Services Corp,    PO Box 553178,    Detroit, MI 48255-3178
18595855         Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
22735941         Nationstar Mortgage LLC,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                   Columbus, OH 43216-5028
18595858        +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
18595860         OAD Orthopedics,    PO Box 661307,    Chicago, IL 60666-1307
18595861        +Olde Carriage Realty Inc,    92 Charlotte St,    Saint Augustine, FL 32084-3647
19309970        +Portfolio Recovery Associates, LLC c/o Paypal,     POB 41067,    Norfolk VA 23541-1067
18595864        +Progressive Financial Services, Inc,     PO Box 41309,    Nashville, TN 37204-1309
18595865         Quest Diagnostics,    1355 Mittel Blvd,    Wood Dale, IL 60191-1024
18595866         Reader's Digest,    PO Box 6095,    Harlan, IA 51593-1595
18595867        +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
18595869         Sears/cbsd,    Po Box 6283,    Sioux Falls, SD 57117-6283
18595870         Sonya Lenzendorf /Town of Seneca,    PO Box 14,    Seneca, WI 54654-0014
18595871        +St. Johns County Taxing Authorities,     4030 Lewis Speedway #203,
                   Saint Augustine, FL 32084-8687
18595872        +Steve Titiner Attorney,    1700 N. Farnsworth Ave.,    Aurora, IL 60505-1523
18595873         Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
18595874        +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
18595877        +United Collection Bureau,    5620 Southwyck Ste 206,    Toledo, OH 43614-1501
18595879        +VCA Aurora Animal Hospital,    2600 West Galena Blvd,    Aurora, IL 60506-9013
18595880        +Vertex Business Services,    PO Box 850001,    Orlando, FL 32885-0001
18595881        +West Central Anesthesiology Group,    PO Box 1123,    Jackson, MI 49204-1123
```

```
District/off: 0752-1          User: bchavez                Page 2 of 3                Date Rcvd: Nov 10, 2015
                              Form ID: pdf006              Total Noticed: 88


18595882       +Wilson Heating and Air Conditioning,    100 Masters Drive,    Saint Augustine, FL 32084-3133
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18595808        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 11 2015 01:38:02     Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
19131687       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 11 2015 01:38:02
                 Asset Acceptance LLC assignee GEMB,    Care Credit,    PO Box 2036,   Warren, MI 48090-2036
18595826        E-mail/PDF: mrdiscen@discover.com Nov 11 2015 03:10:23     Discover Bank,   Po Box 15410,
                 Wilmington, DE 19850-5410
18595827        E-mail/PDF: mrdiscen@discover.com Nov 11 2015 03:10:23     Discover Financial,
                 Attention: Bankruptcy Department,    Po Box 3008,    New Albany, OH 43054-3008
19037592        E-mail/PDF: mrdiscen@discover.com Nov 11 2015 03:10:23     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18595832       +E-mail/Text: collections@earthmovercu.com Nov 11 2015 01:37:55     Earthmover Credit Union,
                 Po Box 2937,   Aurora, IL 60507-2937
19054018        E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2015 01:34:54     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18595840       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2015 01:34:54     GE Money Bank  Attn Bankruptcy,
                 PO Box 103104,   Roswell, GA 30076-9104
18595844       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2015 01:34:35     Gemb/GAP,   Po Box 981400,
                 El Paso, TX 79998-1400
18595845       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2015 01:34:54     Gemb/Pay Pal,
                 Attention: Bankruptcy,   Po Box 103106,    Roswell, GA 30076-9106
18595842       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2015 01:35:11     Gemb/belk,   Po Box 981491,
                 El Paso, TX 79998-1491
18595849        E-mail/Text: bnckohlsnotices@becket-lee.com Nov 11 2015 01:37:23     Kohls,   PO Box 3043,
                 Milwaukee, WI 53201-3043
18595851       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2015 01:34:55     Lowes / MBGA,
                 Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
18595853       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 11 2015 01:38:07     MCM Dept. 12421,   PO Box 603,
                 Oaks, PA 19456-0603
19026244       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 11 2015 01:38:07     Midland Funding LLC,
                 Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18595857       +E-mail/Text: egssupportservices@egscorp.com Nov 11 2015 01:38:44     NCO Financial Systems,
                 507 Prudential Rd,   Horsham, PA 19044-2368
18595856       +E-mail/Text: bankruptcydepartment@tsico.com Nov 11 2015 01:40:18     NCO Financial Systems,
                 PO Box 4906,   Dept 64,   Trenton, NJ 08650-4906
18595863        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 11 2015 01:35:13
                 Portfolio Recovery,   Attn Bankruptcy,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
19309972       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 11 2015 01:34:39
                 Portfolio Recovery Associates, LLC c/o Lowes,    POB 41067,   Norfolk VA 23541-1067
18595868       +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2015 01:34:36     Sams Club,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
18595876       +E-mail/Text: bankruptcydepartment@tsico.com Nov 11 2015 01:40:18     Transworld Systems,
                 1375 E. Woodfield Rd,   #110,   Schaumburg, IL 60173-5423
18595878       +E-mail/Text: bnc@ursi.com Nov 11 2015 01:37:18     United Recovery Systems,
                 5800 North Course Drive,   Houston, TX 77072-1613
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Springer Brown, LLC
18595883        Winfield Pathology Consultants
18595884        Winfield Radiology Consultants
18595822*      +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
18595841*      +GE Money Bank  Attn Bankruptcy,    PO Box 103104,   Roswell, GA 30076-9104
18595862*      +Olde Carriage Realty Incorporated,    92 Charlotte St.,   Saint Augustine, FL 32084-3647
18595875*      +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
18595811      ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 3, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Nov 10, 2015
                              Form ID: pdf006            Total Noticed: 88
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor   CITIMORTGAGE, INC. anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor   CitiMortgage, Inc. northerndistrict@atty-pierce.com,
               cbrown@atty-pierce.com
              David J. Howard    on behalf of Debtor Charles R Elsner pazuzuhoward@yahoo.com
              Keith  Levy    on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor   CITIMORTGAGE, INC ND-Four@il.cslegal.com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer     tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
               com
                                                                                             TOTAL: 9
```