**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ELSNER, CHARLES R                                   § Case No. 12-09296
                                                           §
                                                           §
                                                           §
Debtor(s)                                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $296,619.00                    Assets Exempt: $89,197.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $30,687.89      Claims Discharged
                                                 Without Payment: $37,743.98

Total Expenses of Administration: $51,812.11

---

    3) Total gross receipts of $ 97,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $82,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $27,051.34 | $27,051.34 | $27,051.34 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 51,812.11 | 51,812.11 | 51,812.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 41,380.53 | 41,380.53 | 3,636.55 |
| **TOTAL DISBURSEMENTS** | $0.00 | $120,243.98 | $120,243.98 | $82,500.00 |

4) This case was originally filed under Chapter 7 on March 09, 2012. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2016 By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 vacant lots Crawford Cty, WI | 1110-000 | 12,500.00 |
| Personal injury claim | 1142-000 | 85,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$97,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Charles Elsner | | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| EXPWIT | Packer Engineering | 4220-000 | N/A | 13,642.50 | 13,642.50 | 13,642.50 |
| MEDLIEN | OAD Orthopaedics, LTD | 4220-000 | N/A | 3,163.00 | 3,163.00 | 3,163.00 |
| MEDLIEN | Medicare | 4220-000 | N/A | 10,245.84 | 10,245.84 | 10,245.84 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$27,051.34** | **$27,051.34** | **$27,051.34** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 7,375.00 | 7,375.00 | 7,375.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 3,035.50 | 3,035.50 | 3,035.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | 3120-000 | N/A | 155.52 | 155.52 | 155.52 |
| The Hollingsworth Law Firm | 3210-600 | N/A | 24,420.68 | 24,420.68 | 24,420.68 |
| The Hollingsworth Law Firm | 3220-610 | N/A | 8,249.04 | 8,249.04 | 8,249.04 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| THE TITLE COMPANY, INC. | 3510-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| THE TITLE COMPANY, INC. | 2820-000 | N/A | 4,070.17 | 4,070.17 | 4,070.17 |
| THE TITLE COMPANY, INC. | 2500-000 | N/A | 2,724.38 | 2,724.38 | 2,724.38 |
| CONGRESSIONAL BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CONGRESSIONAL BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CONGRESSIONAL BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CONGRESSIONAL BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| BNK, CONG | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.82 | 21.82 | 21.82 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$51,812.11** | **$51,812.11** | **$51,812.11** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MIDLAND FUNDING LLC | 7100-000 | N/A | 6,342.26 | 6,342.26 | 557.36 |
| 2 | MIDLAND FUNDING LLC | 7100-000 | N/A | 2,005.37 | 2,005.37 | 176.23 |
| 3 | MIDLAND FUNDING LLC | 7100-000 | N/A | 4,935.13 | 4,935.13 | 433.70 |
| 4 | DISCOVER BANK | 7100-000 | N/A | 14,218.34 | 14,218.34 | 1,249.52 |
| 5 | GE CAPITAL RETAIL BANK | 7100-000 | N/A | 1,422.71 | 1,422.71 | 125.03 |
| 6 | EARTHMOVER CREDIT UNION | 7100-000 | N/A | 8,136.85 | 8,136.85 | 715.07 |
| 7 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB | 7100-000 | N/A | 1,256.78 | 1,256.78 | 110.45 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | N/A | 531.12 | 531.12 | 46.68 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | N/A | 1,368.57 | 1,368.57 | 120.27 |
| 10 | CAPITAL ONE, N.A. | 7100-000 | N/A | 1,163.40 | 1,163.40 | 102.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $41,380.53 | $41,380.53 | $3,636.55 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-09296  
**Case Name:** ELSNER, CHARLES R

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 03/09/12 (f)  
**§341(a) Meeting Date:** 04/23/12

**Period Ending:** 04/01/16

**Claims Bar Date:** 09/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate - 403 E. Victoria Circle, North Auro | 132,322.00 | 0.00 | | 0.00 | FA |
| 2 | Real estate - 540 Florida Club Blvd Apt. 301 | 90,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2 vacant lots Crawford Cty, WI | Unknown | 8,000.00 | | 12,500.00 | FA |
| 4 | VOID  (u) | Unknown | 0.00 | | 0.00 | FA |
| 5 | checking account - Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6 | annuity - Office of personell management | Unknown | 0.00 | | 0.00 | FA |
| 7 | IRA - American Equity Investment | 71,797.00 | 0.00 | | 0.00 | FA |
| 8 | Personal injury claim | 35,000.00 | 8,334.00 | | 85,000.00 | FA |
| 9 | 2000 Dodge truck | 2,400.00 | 0.00 | | 0.00 | FA |
| 10 | social security benefits | Unknown | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$331,619.00** | **$16,334.00** | | **$97,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Special Counsel employed to litigate personal injury claim.  Litigation continues.

**Initial Projected Date Of Final Report (TFR):**   February 15, 2014    **Current Projected Date Of Final Report (TFR):**   October 23, 2015  (Actual)

Printed: 04/01/2016 12:36 PM    V.13.25

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-09296  
**Case Name:** ELSNER, CHARLES R  
**Taxpayer ID #:** **-***7975  
**Period Ending:** 04/01/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** UNKNOWN BANK  
**Account:** ********47 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | real estate broker fees | -1,500.00 | 3510-000 | | | 0.00 |
| | | | real estate taxes | -4,070.17 | 2820-000 | | | 0.00 |
| | | | misc closing expenses | -2,724.38 | 2500-000 | | | 0.00 |
| | {3} | | gross proceeds | 12,500.00 | 1110-000 | | | 0.00 |
| 01/07/13 | | THE TITLE COMPANY, INC. | Gross Sales of RE | | | 4,205.45 | | 4,205.45 |
| 03/31/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 10.00 | 4,195.45 |
| 05/31/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 10.00 | 4,185.45 |
| 06/01/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 10.00 | 4,175.45 |
| 06/30/13 | | CONGRESSIONAL BANK | bank service fee | | 2600-000 | | 10.00 | 4,165.45 |
| 07/31/13 | | CB | Bank service fee | | 2600-000 | | 10.00 | 4,155.45 |
| 08/31/13 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,145.45 |
| 09/30/13 | | BNK, CONG | bank service fee | | 2600-000 | | 10.00 | 4,135.45 |
| 10/31/13 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,125.45 |
| 12/01/13 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,115.45 |
| 12/31/13 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,105.45 |
| 01/31/14 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,095.45 |
| 02/28/14 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,085.45 |
| 03/11/14 | | CB | bank service fee | | 2600-000 | | 10.00 | 4,075.45 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | | 9999-000 | | 4,075.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 4,205.45 | 4,205.45 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 4,075.45 | |
| | | | **Subtotal** | | | 4,205.45 | 130.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$4,205.45** | **$130.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-09296  
**Case Name:** ELSNER, CHARLES R  
**Taxpayer ID #:** **-***7975  
**Period Ending:** 04/01/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********41 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,075.45 | | 4,075.45 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,065.45 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,055.45 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,045.45 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,035.45 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,025.45 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,015.45 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,005.45 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,995.45 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,985.45 |
| 12/23/14 | 3001 | ASSOCIATED BANK | | 9999-000 | | 3,985.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,075.45 | 4,075.45 | $0.00 |
| | | | Less: Bank Transfers | | 4,075.45 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,075.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,075.45** | |

{} Asset reference(s)

Printed: 04/01/2016 12:36 PM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-09296  
**Case Name:** ELSNER, CHARLES R  
**Taxpayer ID #:** **-***7975  
**Period Ending:** 04/01/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********26 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 3,985.45 | | 3,985.45 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,975.45 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,965.45 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,955.45 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,945.45 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 3,945.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,985.45** | **3,985.45** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 3,945.45 | |
| | | | **Subtotal** | | **3,985.45** | **40.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,985.45** | **$40.00** | |

{} Asset reference(s)

Printed: 04/01/2016 12:36 PM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 12-09296 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | ELSNER, CHARLES R | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****965166 - Checking Account |
| Taxpayer ID #: | **-***7975 | | Blanket Bond: | N/A |
| Period Ending: | 04/01/16 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 3,945.45 | | 3,945.45 |
| 07/27/15 | {8} | Farmers Insurance Exchange | Settlement Payment | 1142-000 | 85,000.00 | | 88,945.45 |
| 08/11/15 | 30101 | The Hollingsworth Law Firm | | 3210-600 | | 24,420.68 | 64,524.77 |
| 08/11/15 | 30102 | The Hollingsworth Law Firm | | 3220-610 | | 8,249.04 | 56,275.73 |
| 08/11/15 | 30103 | OAD Orthopaedics, LTD | | 4220-000 | | 3,163.00 | 53,112.73 |
| 08/11/15 | 30104 | Medicare | | 4220-000 | | 10,245.84 | 42,866.89 |
| 08/11/15 | 30105 | Packer Engineering | | 4220-000 | | 13,642.50 | 29,224.39 |
| 08/11/15 | 30106 | Charles Elsner | | 8100-002 | | 15,000.00 | 14,224.39 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.82 | 14,202.57 |
| 12/29/15 | 30107 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $3,035.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,035.50 | 11,167.07 |
| 12/29/15 | 30108 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $7,375.00, Trustee Compensation; Reference: | 2100-000 | | 7,375.00 | 3,792.07 |
| 12/29/15 | 30109 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $155.52, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 155.52 | 3,636.55 |
| 12/29/15 | 30110 | MIDLAND FUNDING LLC | Dividend paid 8.78% on $6,342.26; Claim# 1; Filed: $6,342.26; Reference: | 7100-000 | | 557.36 | 3,079.19 |
| 12/29/15 | 30111 | MIDLAND FUNDING LLC | Dividend paid 8.78% on $2,005.37; Claim# 2; Filed: $2,005.37; Reference: | 7100-000 | | 176.23 | 2,902.96 |
| 12/29/15 | 30112 | MIDLAND FUNDING LLC | Dividend paid 8.78% on $4,935.13; Claim# 3; Filed: $4,935.13; Reference: | 7100-000 | | 433.70 | 2,469.26 |
| 12/29/15 | 30113 | DISCOVER BANK | Dividend paid 8.78% on $14,218.34; Claim# 4; Filed: $14,218.34; Reference: | 7100-000 | | 1,249.52 | 1,219.74 |
| 12/29/15 | 30114 | GE CAPITAL RETAIL BANK | Dividend paid 8.78% on $1,422.71; Claim# 5; Filed: $1,422.71; Reference: | 7100-000 | | 125.03 | 1,094.71 |
| 12/29/15 | 30115 | EARTHMOVER CREDIT UNION | Dividend paid 8.78% on $8,136.85; Claim# 6; Filed: $8,136.85; Reference: | 7100-000 | | 715.07 | 379.64 |
| 12/29/15 | 30116 | ASSET ACCEPTANCE LLC ASSIGNEE GEMB | Dividend paid 8.78% on $1,256.78; Claim# 7; Filed: $1,256.78; Reference: | 7100-000 | | 110.45 | 269.19 |
| 12/29/15 | 30117 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Dividend paid 8.78% on $531.12; Claim# 8; Filed: $531.12; Reference: | 7100-000 | | 46.68 | 222.51 |
| 12/29/15 | 30118 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Dividend paid 8.78% on $1,368.57; Claim# 9; Filed: $1,368.57; Reference: | 7100-000 | | 120.27 | 102.24 |
| 12/29/15 | 30119 | CAPITAL ONE, N.A. | Dividend paid 8.78% on $1,163.40; Claim# 10; Filed: $1,163.40; Reference: | 7100-000 | | 102.24 | 0.00 |

Subtotals :   $88,945.45   $88,945.45

{} Asset reference(s)

Printed: 04/01/2016 12:36 PM    V.13.25

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-09296 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | ELSNER, CHARLES R | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****965166 - Checking Account |
| **Taxpayer ID #:** | **-***7975 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 04/01/16 | | **Separate Bond:** | $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 88,945.45 | 88,945.45 | $0.00 |
| | | | Less: Bank Transfers | | 3,945.45 | 0.00 | |
| | | | **Subtotal** | | 85,000.00 | 88,945.45 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$85,000.00** | **$73,945.45** | |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # ********47** | 4,205.45 | 130.00 | 0.00 |
| | **Checking # ********41** | 0.00 | 4,075.45 | 0.00 |
| | **Checking # ********26** | 3,985.45 | 40.00 | 0.00 |
| | **Checking # ****965166** | 85,000.00 | 73,945.45 | 0.00 |
| | | **$93,190.90** | **$78,190.90** | **$0.00** |

{} Asset reference(s)                                                            Printed: 04/01/2016 12:36 PM    V.13.25